IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:17-CR-390-H

| UNITED STATES OF AMERICA | |
|---|---|
| v. | **ORDER** |
| CHARLES MARL BOONE III | |

Upon motion of the United States and for good cause shown, the government's Motion to Seal is hereby GRANTED and the Clerk of Court is directed to seal the government's Consent Motion for Second § 4246 Evaluation and to Continue Civil Commitment Hearing, Docket Entry 31.

IT IS SO ORDERED, this 2nd day of April 2019.

_____
KIMBERLY A. SWANK
United States Magistrate Judge