IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO. 5:17-CR-390-H

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER |
| CHARLES MARL BOONE III | |

Upon motion of the United States and for good cause shown, the Government's Motion to Seal is hereby GRANTED and the Clerk of Court is directed to seal the Government's Response in Opposition to the Defendant's Motion for Release from Custody, Docket Entry 47.

IT IS SO ORDERED, this 22nd day of August 2019.

KIMBERLY A. SWANK
United States Magistrate Judge

FILED IN OPEN COURT ON 8-22-19
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC